PROB 22 (Rev. 10/13)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Transferring Court)*<br><br>CR-17-00777-001-PHX-DGC |
| | **DOCKET NUMBER** *(Receiving.Court)*<br><br>3:23-cr-23-MMD-CSD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Latishia Maria Tobey | DISTRICT<br><br>District of Arizona | DIVISION<br><br>2: Phoenix |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>Honorable David G. Campbell<br>Senior U.S. District Judge |
|---|---|

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>6/3/2020 | TO<br>6/2/2023 |
|---|---|---|---|

OFFENSE

18 U.S.C. §1153 and 1112: Crime on an Indian Reservation, Involuntary Manslaughter

---

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Latishia Maria Tobey, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| | |
|---|---|
| ___5/10/2023___<br>Date | *David G. Campbell*<br>Honorable David G. Campbell<br>Senior U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| ___May 19, 2023___<br>Effective Date | _____<br>United States District Judge |

Prob12A
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

---

**REPORT ON OFFENDER**
**UNDER SUPERVISION**
**May 18, 2023**

---

Name of Offender: <u>**Latishia Maria Tobey**</u>

Case Number: <u>**2:17CR00777**</u>

Name of Sentencing Judicial Officer: <u>**Honorable David G. Campbell**</u>

Date of Original Sentence: <u>**June 25, 2018**</u>

Original Offense: **Crime on an Indian Reservation, Involuntary Manslaughter**

Original Sentence: <u>**36 Months prison, followed by 36 Months TSR.**</u>

Date Supervision Commenced: <u>**June 3, 2020**</u>

Date Jurisdiction Transferred to District of Nevada: <u>**TBD**</u>

Name of Assigned Judicial Officer: <u>**TBD**</u>

---

**NONCOMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

1. Shall Not Commit Crime - The defendant shall not commit another federal state or local crime.

   Ms. Tobey was placed under arrest for Domestic Violence on April 24, 2023, by the Pyramid Lake Police Department.

2. Alcohol Abstinence - You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

   When Ms. Tobey was arrested, she admitted to consuming alcohol and showed positive for alcohol on a Preliminary Breath Test (PBT) with a result of 0.145 BAC.

**RE: Latishia Maria Tobey**

Prob12A
D/NV Form
Rev. June 2014

## U. S. PROBATION OFFICER ACTION SUMMARY

On February 20, 2018, Ms. Tobey was sentenced to 36 months imprisonment with 36 months of supervised release to follow. Ms. Tobey was convicted of Crime on an Indian Reservation, Involuntary Manslaughter in the District of Arizona. On March 15, 2019, Ms. Tobey submitted a release plan to reside with her grandfather in Nixon, Nevada. The release plan was approved on April 18, 2019. Ms. Tobey began her term of supervised release on June 3, 2020, in the District of Nevada.

On April 24, 2023, the undersigned became aware of the fact Ms. Tobey was placed under arrest for Domestic Violence via a voicemail by the Pyramid Lake Police Department. After receiving the police reports on May 18, 2023, the arresting officer was called for service on April 24, 2023, at approximately 2100 hours. Upon arrival, the officer observed a significant amount of blood on a step stool leading into Ms. Tobey's residence. The officer spoke with the victim who suffered a severe injury to his nose which resulted in a 3" long gash from the bridge of his nose, down the left side of the nose, and towards his right nostril. The wound suffered by the victim required immediate medical attention, which was promptly provided. The victim advised Ms. Tobey struck him in the face with an unknown object and he lost consciousness due to the injury.

Ms. Tobey was placed under arrest and transported to the Washoe County Detention Facility. During the intake process, Ms. Tobey admitted to consuming alcohol and was advised she needed to complete a Preliminary Breath Test (PBT) by the detention facility staff. The PBT showed Ms. Tobey had been consuming alcohol and the result was 0.145 BAC.

Based on the information received from the Pyramid Lake Police Department, the undersigned requested jurisdiction from the District of Arizona. Please find attached a transfer of jurisdiction request. The undersigned plans to file a Petition for Revocation of supervised release upon acceptance of jurisdiction.

Respectfully submitted,

*Matthew McKeon*

Digitally signed by
Matthew McKeon
Date: 2023.05.18
15:14:37 -07'00'

Matthew McKeon
United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2023.05.18 15:04:29 -07'00'

Erik Flocchini
Supervisory United States Probation Officer

**RE: Latishia Maria Tobey**

Prob12A
D/NV Form
Rev. June 2014

Please indicate your response below and return to the Probation Office:

☑   Concur with the proposed course of action.

☐   Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

Signature of Judicial Officer

 May 18, 2023
Date